No. 93–7243. LIMPACH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7270. WARREN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7319. PINER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7320. PRANDY-BINETT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–7343. WHITAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7356. BROWN v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 93–7359. MATHEWS v. DUGAN ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 93–7364. LEE v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 93–7367. LEWIS v. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. 9th Cir. Certiorari denied.

No. 93–7369. LYNCH v. BLODGETT, DEPUTY DIRECTOR, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93–7370. ROBINSON v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–7389. ROGERS v. UNITED STATES DEPARTMENT OF EDUCATION. C. A. 5th Cir. Certiorari denied.

No. 93–7396. LAAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–7413. LARSEN v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.